**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT COURT OF OREGON**
**PORTLAND DIVISION**

| | |
|---|---|
| **NADIA ROBERTS,** * <br> **an individual,** * <br> * <br>     **PLAINTIFF,** * <br> **v.** * <br> * <br> **JNS PROPERTIES, LLC,** * <br> **a limited liability company,** * <br> * <br>     **DEFENDANT.** * | Case No. 3:24-CV-00825-HZ <br><br><br> STIPULATED DISMISSAL |

Pursuant to Federal Rule of Civil Procedure 41 and Local Rule 41, Plaintiff hereby notifies the Court that the parties stipulate to, and request that the Court enter, an order of dismissal of this action with prejudice and without an award of attorneys' fees and costs to either party.

    IT IS SO STIPULATED this <u>August 26, 2024</u>.

/s/ Jessica Molligan  
Jessica Molligan, OSB #001823  
Attorney for Plaintiff  
Email: jessicamolligan@comcast.net

/s/ Scott Schnuck  
Scott Schnuck, OSB #065015  
Attorney for Defendant  
Email: schnuck@altuslaw.com